IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Misc. 3:16MC161

IN RE:

Waiver of Interest on Criminal Debt
and
Waiver of Collection of Court Appointed Counsel Fees

FILED
CHARLOTTE, NC
AUG 3 0 2016
US District Court
Western District of NC

## ORDER

On March 20, 1989, this court adopted miscellaneous Order number 2006-P directing the Clerk to not calculate interest on outstanding balances of special assessments, fines, court-appointed costs, or restitution imposed in criminal cases unless otherwise directed by the sentencing judge in the judgment and commitment. This Order affirms that such is the policy of this court.

Further, in those criminal cases in which a court-appointed Criminal Justice Act attorney has been appointed, and no voucher requesting payment has been submitted, the Clerk's financial records shall reflect that there is no balance due for court-appointed counsel fees.

So ORDERED this 30 day of August, 2016.

Robert J. Conrad, Jr.
United States District Court Judge

Martin Reidinger
United States District Judge

Max O. Cogburn, Jr
United States District Judge

Richard L. Voorhees
United States District Judge

Frank D. Whitney, Chief
United States District Judge

Graham C. Mullen, Senior
United States District Judge